IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| IN RE: | : | |
|---|---|---|
| | : | CHAPTER 7 PROCEEDING |
| VALERIE FAY HARPER, | : | |
| | : | CASE NO. 23-60315 |
| DEBTOR. | : | |
| | : | JUDGE MARY ANN WHIPPLE |
| | : | |
| | : | |

**NOTICE OF CHANGE OF ADDRESS FOR CREDITOR KRUEZ MANAGEMENT, LLC**

Now comes debtor Valerie Fay Harper, by and through the undersigned attorney, and notifies the Court that in response to a Notice of Returned Mail on the undersigned, has updated their address.

OLD ADDRESS:

Kreuz Management, LLC
PO Box 3624
Mansfield, OH 44907-0624

NEW ADDRESS:

Kreuz Management, LLC
c/o Mark Kruez
400 Marwood Dr.
Mansfield, OH 44904

Further, debtor hereby certifies that a true and accurate copy of the failed Notice, Form 309A Notice of Chapter 7, was served upon the creditor Kruez Management, LLC at the updated address via ordinary US mail this 4th day of April, 2023.

Respectfully submitted,

/s/Jonathon C. Elgin
Jonathon C. Elgin (OH BAR 0096390)
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
567-275-1040
jc@jcelgin.com
*Attorney for Debtor Valerie Fay Harper*